UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JASON SHUPE, CHRISTY SHUPE,          )
N. SHUPE AND M. SHUPE,               )
              Plaintiffs,            )
                                     )
                                     )
v.                                   )          **JUDGMENT**
                                     )
                                     )          No. 7:14-CV-56-F
HEIDI BAUR, KIM BAILEY,              )
AND KIM WINSTON,                     )
              Defendants.            )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Dismiss [DE-ll] is ALLOWED, and the claims brought by Plaintiffs N. Shupe and M. Shupe are DISMISSED WITHOUT PREJUDICE as to any legal claims or rights of N. Shupe and M. Shupe that may only be asserted by N. Shupe or M. Shupe through a guardian ad litem who is either an attorney or represented by an attorney, or upon N. Shupe or M. Shupe reaching majority.

**This Judgment Filed and Entered on September 30, 2014, and Copies To:**

Jason Shupe (5404 Richlands Hwy #15, Jacksonville, NC 28540)
Christy Shupe (5404 Richlands Hwy #15, Jacksonville, NC 28540)
N. Shupe (5404 Richlands Hwy #15, Jacksonville, NC 28540)
M. Shupe (5404 Richlands Hwy #15, Jacksonville, NC 28540)
Sonny S. Haynes (via Notice of Electronic Filing)

DATE                              JULIE A. RICHARDS, CLERK

September 30, 2014                 /s/ Jacqueline B. Grady
                                  (By) Jacqueline B. Grady, Deputy Clerk