UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JASON SHUPE, CHRISTY SHUPE, N. SHUPE, minor, and M. SHUPE, minor<br>　　　　　Plaintiffs,<br><br>v.<br><br>HEIDI BAUR, KIM BAILEY, and KIM WINSTON,<br>　　　　　Defendants. | **JUDGMENT**<br>No. 7:14-CV-56-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for Summary Judgment [DE-27] is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on May 11, 2015, and Copies To:**

Jason and Christy Shupe (via US Mail to 5404 Richlands Hwy #15, Jacksonville, NC 28540
Sonny S. Haynes (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>May 11, 2015 | JULIE RICHARDS JOHNSTON, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |