UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JASON SHUPE, CHRISTY SHUPE, N. SHUPE, minor, and M. SHUPE, minor<br>      Plaintiffs, | |
| v. | **AMENDED JUDGMENT**<br>No. 7:14-CV-56-F |
| HEIDI BAUR, KIM BAILEY, and KIM WINSTON,<br>      Defendants. | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated 9/30/2014, Defendants' Motion to Dismiss [DE-ll] is ALLOWED, and the claims brought by Plaintiffs N. Shupe and M. Shupe are DISMISSED WITHOUT PREJUDICE as to any legal claims or rights of N. Shupe and M. Shupe that may only be asserted by N. Shupe or M. Shupe through a guardian ad litem who is either an attorney or represented by an attorney, or upon N. Shupe or M. Shupe reaching majority.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment [DE-27] is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on May 12, 2015, and Copies To:**

Jason and Christy Shupe (via US Mail to 5404 Richlands Hwy #15, Jacksonville, NC 28540
Sonny S. Haynes (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| May 12, 2015 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |